JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SORINA MULIU,<br><br>          Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, ET AL.,<br><br>          Respondents. | Case No. 5:26-cv-00803-AYP<br><br>JUDGMENT |

     IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 11, 2026



_____
HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE